MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ViSalus, Inc.

           Plaintiff(s),

v.

QBE Insurance Corporation

           Defendant(s).
_____/

Case No. 2:18-cv-12597-LJM-APP

Judge  Laurie J. Michelson

Magistrate Judge  Anthony P. Patti

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, ViSalus, Inc. _____

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ✔

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ✔

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: August 20, 2018

/s/ Nicholas B. Gorga
_____

P72297
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7640
ngorga@honigman.com