UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VISALUS, INC.<br><br>  Plaintiff,<br><br>v.<br><br>QBE INSURANCE CORPORATION,<br><br>  Defendant. | Case No.  2:18-cv-12597-LJM-APP<br><br>Hon. Laurie J. Michelson<br><br>Magistrate Judge Anthony P. Patti |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew W. Clark of the law firm of Honigman Miller Schwartz and Cohn LLP, hereby enters his appearance as counsel on behalf of Plaintiff ViSalus, Inc. in the above-referenced matter.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND
        COHN LLP

        <u>/s/ Andrew W. Clark</u>
        Nicholas B. Gorga (P72297)
        Andrew W. Clark (P79165)
        660 Woodward Avenue
        2290 First National Building
        Detroit, MI  48226-3506
        Telephone Number: (313) 465-7282
        Fax Number: (313) 465-7283
        E-Mail: aclark@honigman.com
        *Attorneys for ViSalus, Inc.*

Dated:  August 21, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

> By: /s/ Andrew W. Clark
> Nicholas B. Gorga (P72297)
> Andrew W. Clark (P79165)
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226-3506
> (313) 465-7282
> aclark@honigman.com

28530641.1