UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VISALUS, INC., | |
| Plaintiff, | |
| v. | Case No. 2:18-cv-12597-LJM-APP |
| QBE INSURANCE CORPORATION, | Hon. Laurie J. Michelson |
| Defendant. | Magistrate Judge Anthony P. Patti |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Edward A. Salanga of the law firm of Quarles & Brady LLP, hereby enters his appearance as counsel on behalf of Plaintiff ViSalus, Inc. in the above-referenced matter.

        Respectfully submitted,

        QUARLES & BRADY LLP

        /s/ Edward A. Salanga
        Edward A. Salanga (AZ Bar #020654)
        *Admitted to Practice in ED MI*
        Two North Central Avenue
        Renaissance One
        Phoenix, AZ 85004
        Telephone Number: (602) 229.5200
        Fax Number: (602) 229.5690
        E-Mail: Edward.salanga@quarles.com
        *Attorneys for Plaintiff ViSalus, Inc.*

Dated:  August 21, 2018

QB\53691169.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

    QUARLES & BRADY LLP

    /s/ Edward A. Salanga
    Edward A. Salanga (AZ Bar #020654)
    *Admitted to Practice in ED MI*
    Two North Central Avenue
    Renaissance One
    Phoenix, AZ 85004
    Telephone Number: (602) 229.5200
    Fax Number: (602) 229.5690
    E-Mail: Edward.salanga@quarles.com
    *Attorneys for Plaintiff ViSalus, Inc.*