UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VISALUS, INC., | ) |
| Plaintiff, | ) Case No.: 18-CV-12597-MFL-DRG |
| v. | ) |
| QBE INSURANCE CORPORATION, | ) |
| Defendant. | ) |

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff and Defendant, by and through their undersigned attorneys, hereby stipulate to the entry of an order extending the time required for Defendant QBE Insurance Corporation to respond to Plaintiff's Complaint [Dkt. 1] to October 26, 2018.

DATED this 17th day of September, 2018.

QUARLES & BRADY LLP                BATESCAREY LLP

By: s/Kevin D. Quigley*             By: s/Arthur F. Brandt

Kevin D. Quigley                    Arthur F. Brandt (P43746)[1]
Edward A. Salanga                   Michael T. Skoglund
Brian A. Howie                      *Admitted to practice in ED MI*
Michael S. Catlett                  191 N. Wacker, Suite 2400
*All admitted to practice in ED MI* Chicago, IL 60606
One Renaissance Square              Phone: (312) 762-3100
2 North Central Avenue              Fax:   (312) 762-3200
Phoenix, AZ 85004                   abrandt@batescarey.com
Phone: (602) 229-5200               mskoglund@batescarey.com
kevin.quigley@quarles.com

---

[1]  Pursuant to LR 83.20(f), Attorney Brandt maintains a physical office at 108 Shell Drive, Roscommon, MI 48653.  All mail and deliveries should be sent to his Chicago address, where they will be routed to him.


edward.salanga@quarles.com
brian.howie@quarles.com            *Attorneys for Defendant QBE Insurance*
michael.catlett@quarles.com        *Corporation*

HONIGMAN MILLER SCHWARTZ
& COHN LLP

By: s/Nicholas B. Gorga*_____

Nicholas B. Gorga (P72297)
Andrew W. Clark (P79165)
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Phone: (313) 465-7640
Fax: (313) 465-7641
ngorga@honigman.com
aclark@honigman.com

*Attorneys for Plaintiff Visalus, Inc.*

* Signed by consent of counsel