UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

VISALUS, INC.

Plaintiff(s),      Case No. 18-CV-12597

v.      Judge Matthew F. Leitman

QBE INSURANCE CORPORATION      Magistrate Judge David R. Grand

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, QBE Insurance Corporation

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ✔      No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: QBE Insurance Group Ltd.
    Relationship with Named Party: Parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐      No ✔

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: September 14, 2018      s/Arthur F. Brandt

P43746
BatesCarey LLP
191 N. Wacker, Suite 2400
Chicago, IL 60606
312-762-3100
abrandt@batescarey.com