UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VISALUS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No.: 18-CV-12597-MFL-DRG |
| ) | |
| v. ) | |
| ) | |
| QBE INSURANCE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael T. Skoglund of the law firm of BatesCarey LLP, hereby enters his appearance as counsel on behalf of Defendant QBE Insurance Corporation, in the above-referenced matter.

Dated: September 17, 2018

Respectfully submitted,

BATESCAREY LLP

By: s/Michael T. Skoglund

Michael T. Skoglund
*Admitted to practice in ED MI*
191 N. Wacker, Suite 2400
Chicago, IL 60606
Phone: (312) 762-3100
Fax:    (312) 762-3200
mskoglund@batescarey.com

*Attorneys for Defendant QBE Insurance Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

      By: s/Michael T. Skoglund

Michael T. Skoglund
*Admitted to practice in ED MI*
191 N. Wacker, Suite 2400
Chicago, IL 60606
Phone: (312) 762-3100
Fax:    (312) 762-3200
mskoglund@batescarey.com

*Attorneys for Defendant QBE Insurance Corporation*